UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-14020-ROSENBERG/MAYNARD

UNITED STATES OF AMERICA,

v.

JAMES LEROY HULEN,

　　　　　Defendant.
_____/

### UNITED STATES' MOTION TO WITHDRAW AS COUSEL OF RECORD

The United States, through the undersigned Assistant United States Attorney, hereby respectfully requests that this Honorable Court enter an order granting the undersigned's withdrawal as one of the government's counsels in the instant case.

1.　Undersigned counsel no longer desires to receive notices of activity concerning the case as other counsel of record is responsible for the case.

WHEREFORE, for the forgoing reason, the United States, hereby respectfully requests that this Honorable Court enter an order granting undersigned counsel's immediate withdrawal from the instant case.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By:　*/s/ Carmen M. Lineberger*
Carmen M. Lineberger, Court ID A5501180
Assistant United States Attorney
Carmen.Lineberger@usdoj.gov
United States Attorney's Office
101 South US Highway 1, Suite 3100
Fort Pierce, Florida 34950
Telephone: 772-466-0899